# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NOMAN BASIT, | ) CASE NO. 5:18-cv-00978 |
| Plaintiff, | ) _____ |
| v. | ) **NOTICE OF SETTLEMENT** |
| CAPITAL ONE BANK (USA), N.A., | ) |
| Defendants. | ) |

NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff Noman Basit ("Plaintiff") and

Defendant Capital One Bank (USA), N.A. ("Defendant") have reached a

settlement in the above-captioned matter. Counsel for the parties are in the process

of preparing and finalizing the Settlement Agreement and expect to file a Joint

Stipulation of Dismissal within forty-five (45) days. Accordingly, Plaintiff

respectfully requests that the Court vacate all deadlines.

Dated: August 14, 2019

By: *s/ James A. Sellers*
James A. Sellers, OSB#184404
Attorney for Plaintiff, Noman Basit
4740 Green River Rd., Suite 310
Corona, CA 92880
P: (657) 363-4699
E: jamess@jlohman.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 14, 2019, I electronically filed the foregoing

NOTICE OF SETTLEMENT with the court's EFC system, which will notify all

attorneys of record, including:

**John P Mahoney**
Conner & Winters-OKC
211 N Robinson Ave
Suite 1700
Oklahoma City, OK 73102
405-272-5720
Fax: 405-232-2695
Email: jmahoney@cwlaw.com

Dated: August 14, 2019

By: _s/ James A. Sellers_
James A. Sellers, OSB#184404
Attorney for Plaintiff, Noman Basit
4740 Green River Rd., Suite 310
Corona, CA 92880
P: (657) 363-4699
E: jamess@jlohman.com