UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NOMAN BASIT, <br><br> Plaintiffs, <br><br> v. <br><br><br> CAPITAL ONE BANK (USA) N.A., <br><br> Defendant. | Case No.: 5:18-cv-00978-G <br><br><br> ELECTRONICALLY FILED |

Plaintiff NOMAN BASIT ("Plaintiff") and Defendant CAPITAL ONE BANK (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED:

*/s/ John P. Mahoney (with permission)*
John P. Mahoney
Conner & Winters-OKC
211 N Robinson Ave, Suite 1700
Oklahoma City, OK 73102
Tel: 405-272-5720
Fax: 405-232-2695
Email: jmahoney@cwlaw.com
*COUNSEL FOR DEFENDANT*

*/s/ James A. Sellers, II*
James A. Sellers II
Admitted *Pro Hac Vice*
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel. (657) 363-4699
Fax. (657) 272-8944
E: jamess@jlohman.com
*COUNSEL FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

I certify that on September 26, 2019 a true and correct copy of the foregoing JOINT STIPULATION OF DISMISSAL was filed using the CM/ECF system, which will provide notice to the following:

John P. Mahoney
Conner & Winters-OKC
211 N Robinson Ave, Suite 1700
Oklahoma City, OK 73102
Tel: 405-272-5720
Fax: 405-232-2695
Email: jmahoney@cwlaw.com

                        By: */s/ James A. Sellers, II*
                        James Sellers, II
                        Admitted *Pro Hac Vice*
                        The Law Offices of Jeffrey Lohman, P.C.
                        4740 Green River Road, Suite 310
                        Corona, CA  92880
                        Tel. (657) 363-4699
                        Fax. (657) 272-8944
                        E: jamess@jlohman.com
                        Attorney for Plaintiff, NOMAN BASIT